UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | | |
|---|---|---|
| Michael Camacho, | ) | |
|     Plaintiff, | ) | **Civil Action No. 3:14-cv-30042-MGM** |
| | ) | |
| v. | ) | Motion for Default Judgment |
| | ) | Against Defendant, |
| J.P. Morgan Chase, | ) | Motion for Change of Address. |
| | ) | |
|     Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT

Defendant has once again failed to submit before its deadline an answer to Plaintiff's complaint in this case. Defendant's "responsive pleading must be served within 14 days after notice of the court's action" or "after the more definite statement is served." FRCP 12(a)(4). The more definite statement was served on Defendant on 7/9/2014, when Plaintiff provided to Defendant his "account number 4266 8412 6199 8957" from his "billing statements" in response to a Consumer Financial Protection Bureau "complaint containing these allegations", "the allegations in this lawsuit." Plaintiff's Response to Defendant's Motion for a More Definite Statement. The date of the court's action in ruling on Defendant's Motion was 9/23/2014. Assuming, for the sake of argument, that Defendant's 14 days to answer Plaintiff's complaint began to run after the court ruled on its Motion, and Defendant received notice of this court's ruling on its Motion at the same time as Plaintiff received it, 10/1/2014, then Defendant has a deadline to answer Plaintiff's complaint by 10/15/2014, at the absolute latest. Therefore, Defendant's best-case scenario is that it is required to answer Plaintiff's complaint by the date that this motion was served. Defendant has not yet answered Plaintiff's complaint.

Therefore, Defendant has failed to answer by the deadline and Plaintiff respectfully motions for this court to enter a default judgment against Defendant. FRCP 55(b)(2).

## MOTION FOR CHANGE OF ADDRESS

Please send all correspondence in this case for Plaintiff to either of the following addresses:

Michael Camacho
3 Lantern Lane
Lakeville, MA 02347

Or

captainmichaelc@gmail.com

Michael Camacho
(504) 810-9733

**Certification of Service**: I, Michael Camacho, hereby certify that on 10/15/2014, Plaintiff served copies of this Motion for a Default Judgment on the following parties by way of email, ~~respectively~~:

Jeffrey D. Adams (jeffrey.adams@morganlewis.com).