IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL CAMACHO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JP MORGAN CHASE, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 3:14-cv-30042-MGM |

**DEFENDANT CHASE BANK USA, N.A.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant Federal Rule of Civil Procedure 7.1(a), Defendant Chase Bank USA, N.A. (erroneously sued herein as JPMorgan Chase) ("Chase") hereby discloses that:

1. CMC Holding Delaware, Inc. wholly owns Defendant Chase Bank USA, N.A.

2. J.P. Morgan Equity Holding, Inc. wholly owns CMC Holding Delaware, Inc.

3. JPMorgan Chase & Co. wholly owns J.P. Morgan Equity Holding, Inc. JPMorgan Chase & Co. has no parent company and no publicly held-company owns more than 10% of JPMorgan Chase & Co.'s shares.

Dated: November 26, 2014

Respectfully submitted,

CHASE BANK USA, N.A.

By Their Attorneys,

MORGAN, LEWIS & BOCKIUS, LLP

/s/ Todd S. Holbrook
Todd S. Holbrook (BBO# 563828)
225 Franklin Street, 16th floor
Boston, MA  02110
Telephone:    (617) 341-7700
Facsimile:    (617) 341-7701
Email:  tholbrook@morganlewis.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  November 26, 2014                             */s/ Todd S. Holbrook*
                                                                          Todd S. Holbrook

DB1/ 81391914.1