UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(SPRINGFIELD)

MICHAEL CAMACHO

    Plaintiff,

    v.

J.P. MORGAN CHASE,

    Defendant.

CIVIL ACTION No. 3:14-cv-30042-MGM

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S DEPOSITION

Defendant Chase Bank USA, N.A. ("Chase") (erroneously sued herein as J.P. Morgan Chase), through its undersigned counsel of record, and Plaintiff Michael Camacho ("Plaintiff") (collectively, the "Parties") hereby submit this Joint Stipulation Regarding Plaintiff's Deposition.

WHEREAS, on March 24, 2016, Chase served its Notice of Deposition of Plaintiff Michael Camacho ("Deposition Notice") by U.S. Mail and electronic mail, which provided notice that Plaintiff's deposition would take place on April 11, 2016 in Boston, Massachusetts;

WHEREAS, on March 30, 2016, the Parties engaged in a telephonic meet and confer during which Plaintiff informed counsel for Chase that he was unable to appear for his deposition as set forth in the Deposition Notice due to his medical condition;

WHEREAS, Plaintiff further informed counsel for Chase that he believed he would not be able to appear for an in-person deposition until June or early July, 2016;

WHEREAS, pursuant to the Court's Scheduling Order entered on October 20, 2105 (*see* Docket No. 70), fact discovery closes on April 15, 2016 and the deadline for dispositive motions is June 15, 2016;

WHEREAS, the Parties further met and conferred regarding the time and place of Plaintiff's Deposition; the Parties jointly stipulate and agree to the following:

1. By April 27, 2016, Plaintiff will provide undersigned counsel for Chase documentation from his health care providers describing his medical condition, including his recent hospitalization in January 2016 and diagnosis, and stating that Plaintiff is unable to appear for an in-person deposition until June or early July of 2016 because of his medical condition;

2. Plaintiff agrees to appear for his in-person deposition to take place in June or early July of 2016;

3. The Parties agree to meet and confer regarding the specific date and location of Plaintiff's deposition, and to agree upon such date and location of Plaintiff's deposition by June 1, 2016;

4. The Parties agree to extend the current deadline for the filing of dispositive motions to sixty (60) days after Plaintiff's in-person deposition is concluded.

DATED:  April 14, 2016

Respectfully submitted,
CHASE BANK USA, N.A.

By its Attorneys,
MORGAN, LEWIS & BOCKIUS, LLP

/s/ Michelle Park Chiu
Michelle Park Chiu (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Phone:  (415) 442-1000/Fax:  (415) 442-1001
Email:  michelle.chiu@morganlewis.com

Leah Houghton (BBO# 669406)
One Federal Street
Boston, MA  02110-1726
Phone:  (617) 341-7700/Fax:  (617) 341-7701
Email:  leah.houghton@morganlewis.com

| | |
|---|---|
| DATED:  April 14, 2016 | PLAINTIFF MICHAEL CAMACHO |
| | /s/ Michael Camacho<br>36 Charles Street, Apt. 1<br>Newport, RI 02840<br>Phone:  (504) 810-9733<br>Email:  captainmichaelc@gmail.com |

## **[PROPOSED] ORDER**

Having reviewed the Stipulation submitted by Chase and Plaintiff Michael Camacho in this action, the Court HEREBY ORDERS the following:

1. By April 27, 2016, Plaintiff is ordered to provide counsel for Chase documentation health care providers describing his medical condition, including his recent hospitalization in January 2016 and diagnosis, and stating that Plaintiff is unable to appear for an in-person deposition until June or early July of 2016 because of his medical condition.

2. Plaintiff is ordered to appear for his in-person deposition in June or early July of 2016;

3. The Parties are ordered to meet and confer regarding the specific date and location of Plaintiff's deposition and to notify the Court of such date and location of Plaintiff's deposition by June 3, 2016;

4. The October 20, 2015 Scheduling Order is hereby modified to permit Chase to take Plaintiff's Deposition after April 15, 2016;

5. The October 20, 2015 Scheduling Order is hereby modified to permit the filing of dispositive motions to a date no more than sixty (60) days after Plaintiff's in-person deposition is concluded.

Dated:   _____

_____
Hon. Mark G. Mastroianni
United States District Court for the District of Massachusetts

## PROOF OF SERVICE
*Michael Camacho vs. J.P. Morgan Chase*
USDC, District of Massachusetts (Springfield) Case No. 3:14-cv-30042-MGM

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On April 14, 2016, I served the within document(s):

- **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S DEPOSITION**

[X] **U.S. MAIL:** I placed the document(s) listed above into envelope(s) addressed to the person(s) at the address(es) set forth below. I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Morgan, Lewis & Bockius LLP, San Francisco, California. I am readily familiar with the firm's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

[ ] **OVERNIGHT DELIVERY (FedEx):** I placed the document(s) listed above into envelope(s) or package(s) designated by the express service carrier and addressed to the person(s) at the address(es) set forth below. I placed the sealed envelope(s) or package(s) for collection and overnight delivery by following the ordinary business practices of Morgan, Lewis & Bockius LLP, San Francisco, California. I am readily familiar with the firm's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

[ ] **PERSONAL SERVICE:** I arranged for the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below (through **Specialized Legal Service, Professional Messenger**).

[X] **ELECTRONIC MAIL-NEF:** I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF).

| Party Served | Method of Service |
|---|---|
| **Michael Camacho**<br>36 Charles Street, Apt. 1<br>Newport,, RI 02840<br>Tel:   (504) 810-9733<br>Email: captainmichaelc@gmail.com<br>*PRO SE* | VIA ELECTRONIC MAIL-NEF<br>and U.S. MAIL (courtesy) |

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on April 14, 2016, at San Francisco, California.

*[signature]*
Dolores M. Rivera