UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL CAMACHO, )
        Plaintiff )
)
  v. )   Civil Action No. 14-30042-MGM
)
J.P. MORGAN CHASE, )
        Defendant )

SETTLEMENT ORDER OF DISMISSAL
January 16, 2017

The court, having been advised on January 10, 2017, that the above-entitled action has been resolved.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five days if resolution is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk