UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(SPRINGFIELD)

| | |
|---|---|
| MICHAEL CAMACHO<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE,<br><br>Defendant. | CIVIL ACTION No. 3:14-cv-30042-MGM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Michael Camacho ("Plaintiff") and Defendant, Chase Bank USA, N.A. (erroneously sued herein as J.P. Morgan Chase) hereby stipulate and agree that all claims in this action are hereby dismissed with prejudice, with each party bearing its own costs, and Plaintiff waiving all rights of appeal.

Respectfully submitted,

PLAINTIFF MICHAEL CAMACHO

*Michael Camacho/mpc*
3 Lantern Lane
Lakeville, MA 02341
Phone: (504) 810-9733
Email: captainmichaelc@gmail.com

Dated February 21, 2017

CHASE BANK USA, N.A.

By its Attorneys,
MORGAN, LEWIS & BOCKIUS, LLP

_____
Michelle Park Chiu (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: (415) 442-1000/Fax: (415) 442-1001
Email: michelle.chiu@morganlewis.com
Leah Houghton (BBO# 669406)
One Federal Street
Boston, MA 02110-1726
Phone: (617) 341-7700/Fax: (617) 341-7701
Email: leah.houghton@morganlewis.com

Dated February 14, 2017

DB1/ 90355358.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those identified as non-registered participants on February 21, 2017.

/s/ *Michelle Park Chiu*
Michelle Park Chiu

# PROOF OF SERVICE
*Michael Camacho vs. J.P. Morgan Chase*
USDC, District of Massachusetts (Springfield) Case No. 3:14-cv-30042-MGM

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On February 21, 2017, I served the within document(s):

- **STIPULATION OF DISMISSAL WITH PREJUDICE**

☐ **U.S. MAIL:** I placed the document(s) listed above into envelope(s) addressed to the person(s) at the address(es) set forth below. I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Morgan, Lewis & Bockius LLP, San Francisco, California. I am readily familiar with the firm's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☐ **OVERNIGHT DELIVERY (FedEx):** I placed the document(s) listed above into envelope(s) or package(s) designated by the express service carrier and addressed to the person(s) at the address(es) set forth below. I placed the sealed envelope(s) or package(s) for collection and overnight delivery by following the ordinary business practices of Morgan, Lewis & Bockius LLP, San Francisco, California. I am readily familiar with the firm's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☐ **PERSONAL SERVICE:** I arranged for the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below (through **Specialized Legal Service, Professional Messenger**).

☒ **THROUGH CM/ECF:** I hereby certify that the document(s) listed above filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on February 21, 2017.

| Party Served | Method of Service |
|---|---|
| **Michael Camacho**<br>3 Lantern Lane<br>Lakeville, MA 02341<br>Tel: (504) 810-9733 / Email: captainmichaelc@gmail.com<br>*PRO SE* | VIA CM/ECF |
| **Kevin J. Kiely, Esq.**<br>Kiely & Ferrante, LLC<br>85 Eastern Avenue, Suite 306<br>Gloucester, MA 01930<br>Tel: (978) 283-7700 / Email: kevin@oldharborlaw.com | VIA CM/ECF |

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on February 21, 2017, at San Francisco, California.

*/s/ Dolores M. Rivera*
Dolores M. Rivera